# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Bagnall, et al. | CASE NO.: 8:07-cv-01467 |
| Plaintiff, | JUDGE: Bucklew |
| v. | MAGISTRATE JUDGE: Pizzo |
| Academy Collection Service, Inc. | |
| Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes the Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a), with prejudice. A Notice of Dismissal is proper due to the fact that the Defendant has not filed an Answer.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: _____
Jan McLaughlin
Bar # 0925860
100 E. Pine Street Suite 301
Orlando, FL 32801
Telephone: 407-317-6943
Email: jsm@legalhelpers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October __22__, 2007, a copy of the foregoing was filed with the clerk. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

_____
Attorney for Plaintiff